JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9600 SW 64 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JH Portfolio Debt Equities LLC, et al.<br><br>    Defendants.<br>_____ | Case No.: CV 16-5748 DSF (GJSx)<br><br><br>JUDGMENT |

The Court having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 11/22/16

_____
Dale S. Fischer
United States District Judge